UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JAMELAH ELDER, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Cause No. 2:23-CV-334-PPS-JPK |
| SLT LENDING SVP, INC., d/b/a SUR LA TABLE, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Plaintiff Jamelah Elder's Notice of Voluntary Dismissal Without Prejudice [DE 32] is **SO ORDERED**.

**ACCORDINGLY:**

Pursuant to Rule 41(a)(1)(A)(i), this action is hereby **DISMISSED WITHOUT PREJUDICE**, without costs to any party. The Clerk is **DIRECTED** to administratively close case.

**SO ORDERED**.

ENTERED: January 10, 2024.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT